# STERN & KILCULLEN, LLC
## COUNSELORS AT LAW

HERBERT J. STERN*
KEVIN M. KILCULLEN+
JEFFREY SPEISER*
JOEL M. SILVERSTEIN*
MARK W. RUFOLO*
LING LAU*
MICHAEL J. DINGER*
BRIAN J. DEBOER*
JOHN E. TRAVERS^

325 COLUMBIA TURNPIKE, SUITE 110
P.O. BOX 992
FLORHAM PARK, NEW JERSEY 07962-0992
TEL.: 973-535-1900 • FAX: 973-535-9664

214 BRAZILIAN AVENUE
SUITE 200
PALM BEACH, FLORIDA 33480

+ADMITTED IN NJ AND FL
*ADMITTED IN NJ AND NY
^ADMITTED IN NJ, PA AND FL

September 26, 2012

<u>Via Facsimile (973) 645-4549</u>
Hon. Joseph A. Dickson, U.S.M.J.
M.L. King Jr. Federal Bldg. & Courthouse
4th Floor
50 Walnut Street
Newark, New Jersey 07102

Re:  <u>The Hertz Corporation v. Pike Holdings, Inc. et al.</u>
     <u>Docket No. 2:12-cv-05907-CCC-JAD</u>

Dear Judge Dickson:

    We represent the defendants in the above captioned matter. Pursuant to my conversation with Your Honor's Chambers, I write to respectfully request a two week extension of time for the defendants to answer, move or otherwise respond to the Complaint, thus making defendants' response due <u>October 11, 2012</u>. Plaintiff has consented to this extension.

Respectfully submitted,

Michael Dinger

cc via fax:    Steven R. Klein, Esq.

**SO ORDERED**

s/Joseph A. Dickson
Joseph A. Dickson, U.S.M.J.
Date: 9/26/12