## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE HERTZ CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>PIKE HOLDINGS, INC. d/b/a PIKE INTERNET HOLDINGS, INC.; SAMBREEL HOLDINGS, LLC; YONTOO, LLC; WEB DEALS INTERACTIVE, LLC; STERKLY, LLC; AND KITEWATER, LLC,<br><br>        Defendants. | Civil Action No: 2:12-cv-05907-CCC-JAD<br><br>**CONSENT ORDER OF DISMISSAL WITH PREJUDICE** |

The Plaintiff The Hertz Corporation and Defendants Pike Holdings, Inc. d/b/a Pike Internet Holdings, LLC, Sambreel Holdings, LLC; Yontoo, LLC; Web Deals Interactive, LLC; Sterkly LLC; and Kitewater LLC (collectively, the "Parties") having settled all issues arising out of the above-referenced matter in a Confidential Settlement Agreement and Mutual Release ("Settlement Agreement"); the Parties having consented to the entry of this proposed Consent Order of Dismissal With Prejudice to avoid the expense of litigation; and for good cause shown

IT IS, on this ___ day of October 2012, ORDERED as follows:

1. This matter is dismissed with prejudice;

2. This Court retains continuing jurisdiction to enforce the terms of the Settlement Agreement.

2144509.1

DATED: October 16th, 2012

ORDERED:

_____
United States District Judge

DATED: October ___, 2012

STIPULATED:

Dated: October 15, 2012

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
Attorneys for Plaintiff

By: _____
Steven R. Klein

Dated: October 5, 2012

STERN & KILCULLEN, LLC
Attorneys for Defendants

By: _____
Michael Dinger

13